[No. 51566-7-I. Division One. December 15, 2003.]

MAR CHERI COMMUNITY CLUB, INC., *Respondent*, v. THOMAS HJORTEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-15393-5, Ronald Kessler, J., entered November 22, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 51837-2-I. Division One. December 15, 2003.]

SHEILA M. DAHLGREN, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-14195-1, Donald D. Haley, J., entered January 17, 2003. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Grosse and Agid, JJ.

[No. 20999-7-III. Division Three. December 16, 2003.]

BUFFELEN WOODWORKING, *Respondent*, v. DAVID HENDERSHOT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-02946-5, Kathleen M. O'Connor, J., entered March 11, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 21256-4-III. Division Three. December 16, 2003.]

*In the Matter of the Marriage of* MARGARETE DEE SHULTZ, *Respondent*, and DONALD HARVEY SHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-3-00214-1, Rebecca M. Baker, J., entered May 31, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.